FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-20-00421-CV

**IN THE INTEREST OF C.S., C.S., AND C.S., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI00253
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a panel motion for rehearing or a motion for rehearing en banc is GRANTED. Appellant's deadline for filing a panel motion for rehearing or a motion for rehearing en banc is December 20, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court